In re HAZELTON. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) In the matter of the application of George C. Hazelton, Jr., for admission to practice as an attorney and counselor at law in the courts of this state. No opinion. Application granted.